# WL | Wright Law
## ATTORNEY AT LAW

---

**299 Broadway, Suite 708**
**New York, NY 10007**
**Office (212) 822-1419 • Facsimile (212) 822-1463**
wrightlawnyc@gmail.com
www.wrightlaw.nyc

November 14, 2022

**VIA ECF**
Honorable Rachel Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    **Re:**  *United States* **v.** *Eugene Max 22-CR-200 (RPK)*

Dear Judge Kovner:

  I represent Max Eugene and write this morning to respectfully request a *time change* for Mr. Eugene's violation of bail hearing scheduled for this Wednesday, November 16, 2022 at 10:00am. The Hon. Eric Vitaliano of the U.S. District Court, EDNY has just rescheduled an appearance I have on a multi-defendant case from 11:30am to 10:00am on November 16, 2022 (*US v. Joseph Macario et al (22-cr-356-ENV)*.

  I respectfully request that the *Eugene* violation of bail hearing be rescheduled to 9:30am or from 2pm to 3pm on November 16, 2022. Those times are acceptable to AUSA Victor Zapana. Thank you.

            Sincerely,
            /s/
            Christopher Wright

Cc: all counsel of record (via ECF)